# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KYLE J. RODNEY,<br><br>  Petitioner,<br><br>vs.<br><br>WILLIAM GITTERE, *et al.,*<br><br>  Respondents. | Case No.: 3:13-CV-00323-RCJ<br><br>**ORDER** |

On September 22, 2020, the court granted petitioner's motion for discovery (ECF No. 73) and further ordered that "The petitioner shall notify the court when he has completed the discovery outlined above. The court will then issue a schedule for briefing on the question of cause and prejudice under *Martinez* and the underlying merits of petitioner's remaining claims of ineffective assistance of counsel." (ECF No. 73 at 5).

**IT IS HEREBY ORDERED** that the parties shall file a Joint Status Report with the Court on or before **Monday, April 5, 2021**.

**IT IS SO ORDERED**.

Dated this 5th day of March, 2021.

_____
ROBERT C. JONES
United States District Judge