# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KYLE J. RODNEY, | |
| Petitioner, | Case No.: 3:13-CV-00323-RCJ |
| vs. | **ORDER** |
| WILLIAM GITTERE, *et al.*, | |
| Respondents. | |

**IT IS HEREBY ORDERED** that the parties shall file a Joint Status Report within 60 days of entry of this Order and/or before **Friday, July 9, 2021.**

**IT IS SO ORDERED**.

Dated this 10th day of May, 2021.

_____
ROBERT C. JONES
United States District Judge