1

2

3

4

5

6

7

8       **UNITED STATES DISTRICT COURT**

9       **DISTRICT OF NEVADA**

10    KYLE J. RODNEY,                                        Case No. 3:13-cv-00323-RCJ-VPC

11              Petitioner,                                         **ORDER GRANTING MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSIVE BRIEF**

12    vs.

13    WARDEN BAKER, *et al.*,                                **(FIRST REQUEST)**

14              Respondents.

15          Respondents, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada,

16    hereby respectfully move this Court for an order granting a sixty (60) day enlargement of time, to and

17    including February 8, 2022, in which to file and serve their responsive brief pursuant to the scheduling

18    order entered by this Court on July 13, 2021. ECF No. 78.

19          This motion is based upon the provisions of Rule 6(b) of the Federal Rules of Civil Procedure

20    and the attached Declaration of Counsel, as well as all other papers, documents, records, pleadings, and

21    other materials on file herein.

22          This is undersigned counsel's first request for an enlargement of Respondents' time to file said

23    response; the motion is made in good faith and not for the purpose of unduly delaying the ultimate

24    disposition of this case; and the Assistant Federal Public Defender has indicated there is no objection.

25

26     **IT IS HEREBY ORDERED** that the unopposed motion for extension of time (ECF  No. 86) is

27     **GRANTED**.

28
                                                            ROBERT C. JONES
                                                            United States District Judge
                                                            Dated:  December 21, 2021.
                                                            -1-