UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KYLE J. RODNEY,<br><br>　　　　　　Petitioner,<br>v.<br><br>WILLIAM GITTERE, et al.,<br><br>　　　　　　Respondents. | Case No. 3:13-cv-00323-RCJ<br><br>ORDER |

　　　Petitioner Kyle J. Rodney, through counsel, moves this Court for the entry of an order extending the time within which he must file his reply brief on the issue of cause and prejudice under *Martinez v. Ryan*, 566 U.S. 1 (2012), and the merits of his claims of ineffective assistance of trial counsel. The brief is currently due on April 25, 2022. Mr. Rodney requests a 45-day extension, up to and including **Thursday, June 9, 2022**. Respondents do not object to this request for an extension.

　　　Rodney has established good cause for the extension.

　　　**IT IS THEREFORE ORDERED** that the unopposed motion for extension of time (ECF No. 93) is GRANTED.

　　　DATED THIS 29th day of April, 2022.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE