UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

KYLE J. RODNEY,                                         Case No. 3:13-cv-00323-RCJ

                                    Petitioner,

        v.                                                          ORDER

WILLIAM GITTERE, et al.,

                                    Respondents.

_____

        Petitioner Kyle J. Rodney, through counsel, moves this Court for the entry of an order

extending the time within which he must file his reply brief on the issue of cause and prejudice

under *Martinez v. Ryan*, 566 U.S. 1 (2012), and the merits of his claims of ineffective assistance

of trial counsel. The brief is currently due on June 9, 2022. Mr. Rodney requests a 75-day

extension, up to and including **Tuesday, August 23, 2022**. Respondents do not object to this

request for an extension.

        Rodney has established good cause for the extension.

        **IT IS THEREFORE ORDERED** that the unopposed motion for extension of time (ECF

No. 95) is GRANTED.

        DATED THIS 10th day of June, 2022.

                                                        _____

                                                        UNITED STATES DISTRICT JUDGE