UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KYLE J. RODNEY,<br><br>　　　　　　　　　Petitioner,<br><br>v.<br><br>WILLIAM GITTERE, et al.,<br><br>　　　　　　　　　Respondents. | Case No. 3:13-cv-00323-RCJ<br><br>ORDER |

Both parties have filed motions asking to file exhibits under seal. ECF Nos. 82/89.[1] The exhibits consist of medical records for Ralph Monko, the victim in this case. ECF Nos. 83/90.

The court agrees that protecting Mr. Monko's privacy is a compelling reason to keep the exhibits under seal. In addition, neither party responded either motion. *See* Local Rule, LSR 7-2(d) ("The failure of an opposing party to file points and authorities in response to any motion ... constitutes a consent to the granting of the motion.")

**IT IS THEREFORE ORDERED** that the pending motions asking to file exhibits under seal (ECF Nos. 82/89) are GRANTED. The exhibits filed at ECF No. 83 and ECF No. 90 shall remain under seal. To the extent that respondents' motion asks to file exhibits *in camera*, it is denied as moot.

DATED THIS 23rd day of September, 2022.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Respondents' motion also asks that the exhibits to be filed *in camera*, but it appears that petitioner's counsel already have copies of the exhibits. See ECF No. 97 at 5 (referencing exhibits filed at ECF No. 90).