UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KYLE J. RODNEY,<br><br>                    Petitioner,<br>v.<br>TIMOTHY FILSON, *et al.*,<br><br>                    Respondents. | Case No. 3:13-cv-00323-RCJ-VPC<br><br>**ORDER** |

It appears the parties failed to comply with the redaction requirements of LR IC 6-1(a)(1), (a)(3), and (a)(5). (*See* ECF Nos. 14-1 at 10–11; 14-12 at 3; 14-14 at 2; 14-15; 14-23; 14-24; 14-26; 15-2; 18-13 at 3, 5; 18-14 at 47–50; 18-15 at 3, 11–12, 14; and 33 at 52, 68–69.) Compelling reasons exist to seal the documents as they contain personal-data identifiers, and parties cannot change filings. *See* LR IC 6-1(a)(1) ("If an individual's Social Security number must be included, only the last four digits of that number should be used."); LR IC 6-1(a)(3) ("If an individual's date of birth must be included, only the year should be used."); and LR IC 6-1(a)(5) ("If a home address must be included, only the city and state should be listed."). In addition, it appears Respondents failed to provide the court with a state court trial transcript containing opening remarks to the jury.

**IT IS THEREFORE ORDERED:**

1. Respondents must file redacted publicly available copies of the documents filed as ECF Nos. 14-1, 14-12, 14-14, 14-15, 14-23, 14-24, 14-26, 15-2, 18-13, 18-14, and 18-15, in compliance with LR IC 6-1(a)(2)–(5) by March 23, 2023;

2. Respondents must supplement the record with the state trial transcript containing all opening remarks to the jury, by March 23, 2023. If Respondents are unable to file the supplemental exhibit(s) described in this order, counsel for Respondents must file a declaration explaining why, or seek other appropriate relief;

3. Petitioner must file a redacted publicly available copy of the document filed as ECF

///

No. 33 in compliance with LR IC 6-1(a)(3) by March 23, 2023;

4. No extensions of the deadlines established herein will be considered except in the most extraordinary circumstances. Requests for extensions of time based upon scheduling conflicts between the demands of cases in this District should be sought in the later-filed case; and

5. The clerk of the court shall seal the ECF documents referenced in paragraphs 1 and 3 of this Order.

DATED this  16th  day of  March  2023.

ROBERT C. JONES
UNITED STATES DISTRICT JUDGE